UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAYMOND A. BEN,<br><br>   Petitioner,<br><br> v.<br><br>JAMES SPALDING,<br><br>   Respondent. | CASE NO. C04-2158P<br><br>ORDER DISMISSING § 2254 PETITION |

The Court, having reviewed petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, respondent's answer, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's habeas petition (Dkt. # 8) is DISMISSED pursuant to 28 U.S.C. §2254(b).

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Donohue.

DATED this _11th day of ___April_____, 2005.

_____
Marsha J. Pechman
U.S. District Judge

ORDER DISMISSING § 2254 PETITION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER DISMISSING § 2254 PETITION